# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

CONNIE LEMASTER, :

                Plaintiff,

  -vs-

MICHAEL J. ASTRUE,
COMMISSIONER OF
SOCIAL SECURITY,

                Defendant. :

Case No. 3:11-cv-010

District Judge Thomas M. Rose
Magistrate Judge Michael R. Merz

## ORDER

On Stipulation of the parties (Doc. No. 18), it is hereby ordered that Plaintiff be, and she hereby is, awarded attorney fees in the amount of $3,400.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412, payable to the Plaintiff until and unless it is determined that Plaintiff has no outstanding debts to the United States, in which case the award will be made payable to Plaintiff's trial attorney herein.

April 3, 2012                              *s/THOMAS M. ROSE*

                                                Thomas M. Rose
                                       United States District Judge